CSD 2500A (12/15)

# U.S. Bankruptcy Court
## Southern District of California

In re:

**TIMOTHY MCKAY BELNAP AND SHELLEY BELNAP**

Bankruptcy Case No. **17−01399−LT7**

Debtor

Adversary Proceeding No. **18−90027−LT**

**RICHARD KIPPERMAN, CHAPTER 7 TRUSTEE**

Plaintiff

v.

**BRANDON JERGENSEN, D.D.S., AN INDIVIDUAL**
**W. BRANDON JERGENSEN, DDS, INC., A CALIFORNIA CORPORATION ET. AL.**

Defendant

### ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
Southern District of California
325 West F Street
San Diego, California 92101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

Sarah H Lanham
Pyle Sims Duncan & Stevenson, APC
401 B Street, Suite 1500
San Diego, CA 92101

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*

03/13/2018

*Barry K. Lander, Clerk Of Court*

**continued caption:**

CSD 2500A

**Listing Of Defendant Names:**

BRANDON JERGENSEN, D.D.S., AN INDIVIDUAL

W. BRANDON JERGENSEN, DDS, INC., A CALIFORNIA CORPORATION

WILLIAM B. JERGENSEN, DDS, INC., A CALIFORNIA CORPORATION

# PROOF OF SERVICE

I, Bonnie Connolly , certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made March 13, 2018 by:
[date]

[ ✓ ]    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   See attached service list

[  ]    Personal Service: By leaving the documents with the following defendants or an officer or agent of the defendant at:

[  ]    Residence Service: By leaving the documents with the following adult at:

[  ]    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[  ]    Publication: The defendant was served as follows: [describe briefly]

[  ]    State Law : The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

March 13, 2018                                    /s/ Bonnie Connolly
[Date]                                            [Signature]

| | |
|---|---|
| Print Name | Bonnie Connolly |
| Business Address | 401 B Street, Suite 1500 |
| City San Diego | State CA         ZIP 92101 |

CSD 2500A

Brandon Jergensen, D.D.S.
13223 Black Mountain Rd #4
San Diego, California 92129

W. Brandon Jergensen, DDS, Inc.
c/o William Brandon Jergensen,
      Agent for Service of Process
1668 Main Street, Suite B-1
Ramona, California 92065

William B. Jergensen, DDS, Inc.
c/o William Brandon Jergensen,
      Agent for Service of Process
13223 Black Mountain Rd #4
San Diego, California 92129

Timothy McKay Belnap, D.D.S.
c/o Kenneth J. Catanzarite
2331 West Lincoln Avenue
Anaheim, California 92801

John L. Smaha, Esq.
Smaha Law Group, APC
2398 San Diego Ave
San Diego, CA 92110

Office of the U.S. Trustee
Department of Justice
880 Front Street, Suite 3230
San Diego, CA 92101